
RECEIVED
IN LAKE CHARLES, LA

MAR - 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES BROWN | CIVIL ACTION NO. 05-1559LC |
| VS. | SECTION P |
| WARDEN, PINE PRAIRIE CORRECTIONAL CENTER | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 6 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE